## TALIAN v. CITY OF CHARLOTTE

[327 N.C. 629 (1990)]

MINNA SUSAN GOLDBERG TALIAN, Administratrix of the Estate of Sherri Lynn Goldberg, and DANA KING v. THE CITY OF CHARLOTTE, a Municipal Corporation

No. 233A90

(Filed 5 December 1990)

APPEAL of right by the plaintiffs pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 98 N.C. App. 281, 390 S.E.2d 737 (1990), finding no error in the judgment entered by *Lamm, J.*, in Civil Superior Court, MECKLENBURG County, on 29 September 1988. Petition for discretionary review of additional issues was allowed 26 July 1990. Heard in the Supreme Court on 13 November 1990.

*Ronald Williams, PA, by Ronald Williams, for plaintiff-appellant Dana King.*

*Levine and Levine, by Miles S. Levine, for plaintiff-appellant Minna G. Talian.*

*Golding, Meekins, Holden, Cosper and Stiles, by Fred C. Meekins and Emily S. Reeve, for defendant-appellee.*

PER CURIAM.

Affirmed.